# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LANNY REYNOLDS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CV305** |
| v. | ) | |
| | ) | **ORDER** |
| **SUN LIFE ASSURANCE COMPANY OF CANADA,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

Upon notice of settlement given to the magistrate judge on December 12, 2008, by counsel for the plaintiff,

**IT IS ORDERED that:**

1. **On or before December 30, 2008**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The deadline for the planning report as required by Fed. R. Civ. P. 26(f) is cancelled upon the representation that this case is settled.

DATED this 15th day of December, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge